UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GIANCI EADY,

    Defendant.
_____/

Case No. 19-cr-20686
District Judge Paul D. Borman

Magistrate Judge
Elizabeth A. Stafford

**ORDER:**

**(1) ADOPTING MAGISTRATE JUDGE STAFFORD'S "REPORT AND RECOMMENDATION TO DENY PETITIONER'S MOTION UNDER § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE" (ECF NO. 64)**

**(2) DENYING DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE AND CONVICTION PURSUANT TO 28 U.S.C. § 2255 (ECF NO. 52)**

The Court has read Magistrate Judge Stafford's comprehensive Report and Recommendation denying Petitioner's Motion brought pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (ECF No. 64), and Defendant Eady's Objection to Judge Stafford's Report and Recommendation (ECF No. 66).

The Court adopts Magistrate Judge Stafford's comprehensive R&R, DENIES Defendant's Motion Pursuant to 28 U.S.C. § 2255, and DENIES a

1

Certificate of Appealability, because Defendant has not made a substantial showing of the denial of a constitutional right.

    SO ORDERED.

DATED: December 1, 2023        s/Paul D. Borman
                                         PAUL D. BORMAN
                                         UNITED STATES DISTRICT JUDGE